IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03094-PAB-MEH

DIANA SLADEK and
DENNIS SLADEK,

     Plaintiffs,

v.

BANK OF AMERICA, N.A.,
ARONOWITZ & MECKLENBURG,
THOMAS MOWLE, and
MERS, a division of MERSCORP,

     Defendants.

## MINUTE ORDER

**Entered by Judge Philip A. Brimmer**

     This matter comes before the Court on the Motion for Court to Conduct Settlement Conference [Docket No. 38]. Good cause appearing, it is

     **ORDERED** that the Motion for Court to Conduct Settlement Conference [Docket No. 38] is granted. It is further

     **ORDERED** that, pursuant to D.C.COLO.LCivR 16.6A, Magistrate Judge Michael E. Hegarty is authorized to conduct a settlement conference in this case. It is further

     **ORDERED** that the parties shall contact Magistrate Judge Hegarty's chambers at 303-844-4507 to schedule a settlement conference.

     DATED April 16, 2014.