IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03094-PAB-MEH

DIANA SLADEK, and
DENNIS SLADEK,

    Plaintiffs,

v.

BANK OF AMERICA, N.A.,
ARONOWITZ & MECKLENBURG,
ROBERT J. ARONOWITZ,
THOMAS MOWLE, and
MERS, a division of MERSCORP,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 28, 2014.**

    The Bank Defendants' and A&M Defendants' Joint Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(1) and (6) [filed May 27, 2014; docket #67] is **denied without prejudice** for failure to comply with Judge Brimmer's practice standards concerning page limitations. *See* PAB Civil Practice Standards, III(A). These Defendants may re-file the motion in accordance with the applicable standards and rules on or before June 2, 2014.