IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03094-PAB-MEH

DIANA SLADEK and
DENNIS SLADEK,

    Plaintiffs,

v.

BANK OF AMERICA, N.A.,
ARONOWITZ & MECKLENBURG,
ROBERT ARONOWITZ,
THOMAS MOWLE, and
MERS, a division of MERSCORP,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 24, 2014.**

    Plaintiffs' Motion to Recuse Aronowitz & Mecklenburg from Representation of Bank of America [filed June 24, 2014; docket # 82] is **denied without prejudice** for failure to comply with D.C. Colo. LCivR 7.1(a), which states,

> Before filing a motion, counsel for the moving party or an unrepresented party shall confer or make reasonable good faith efforts to confer with any opposing counsel or unrepresented party to resolve any disputed matter. The moving party shall describe in the motion, or in a certificate attached to the motion, the specific efforts to fulfill this duty.

This is a second reminder to the Plaintiffs of their continuing obligation to comply fully with D.C. Colo. LCivR 7.1(a). *See Hoelzel v. First Select Corp.*, 214 F.R.D. 634, 636 (D. Colo. 2003) (because Rule 7.1[(a)] requires meaningful negotiations by the parties, the rule is not satisfied by one party sending the other party a single email, letter or voicemail).

    Should the Plaintiffs choose to re-file the motion, the Court notes that it will not disqualify the representation of a party in this case based upon pure speculation. Furthermore, although the motion seeks an order "recusing" (disqualifying) representation, the request for relief seeks an order "grant[ing] Plaintiffs' Motion to Dismiss."