IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03094-PAB-MEH

DIANA SLADEK and
DENNIS SLADEK,

      Plaintiffs,

v.

BANK OF AMERICA, N.A.,
ARONOWITZ & MECKLENBURG,
ROBERT ARONOWITZ,
THOMAS MOWLE, and
MERS, a division of MERSCORP,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 30, 2014.**

      Plaintiffs' [renewed] Motion to Recuse Aronowitz & Mecklenburg from Representation of Bank of America [filed June 27, 2014; docket # 88] is **denied without prejudice** for failure to comply with D.C. Colo. LCivR 7.1(d), which states, in pertinent part, "a motion involving a contested issue of law shall state under which rule or statue it is filed and be supported by a recitation of legal authority incorporated into the motion." Mr. Sladek, purportedly an attorney, has provided no legal authority in support of the present opposed motion.