IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03094-PAB-MEH

DIANA SLADEK and
DENNIS SLADEK,

      Plaintiffs,

v.

BANK OF AMERICA, N.A.,
ARONOWITZ & MECKLENBURG,
ROBERT ARONOWITZ,
THOMAS MOWLE, and
MERS, a division of MERSCORP,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 18, 2014.**

      Plaintiffs' Motion to Amend Complaint [filed July 17, 2014; docket # 95] is **denied without prejudice**. The Court cannot properly determine whether justice requires the requested amendment(s) without reviewing a copy of a proposed amended pleading. Accordingly, if the Plaintiffs choose to re-file the motion, they must attach a copy of a proposed Third Amended Complaint.

      Plaintiffs' Supplemental Motion to Recuse [Disqualify] Aronowitz & Mecklenburg from Representation of Bank of America [filed July 17, 2014; docket #96] is **denied**. Once again, the content of the motion is vague, conclusory and provides only speculation as to Plaintiffs' position.

      Also before the Court is a Motion to Allow Reply in Excess of Page Limitations filed by Defendants Bank of America, N.A., Mortgage Electronic Registration Systems, Inc., Aronowitz & Mecklenburg, LLP, and Robert J. Aronowitz [filed July 17, 2014; docket #98]. The Defendants filed their reply brief simultaneously with the motion. The Court finds that, had Defendants adjusted the formatting of the brief, it likely would exceed the page limitation by only one-half to three-quarters of a page. For such limited excess, the Court will **grant** the Defendants' request. If the Plaintiffs find that Defendants' brief contains argument not addressed in the motion or response, the Court will entertain a motion for a brief surreply.