IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03094-PAB-MEH

DIANA SLADEK, and
DENNIS SLADEK,

    Plaintiffs,

v.

BANK OF AMERICA, N.A.,
ARONOWITZ & MECKLENBURG,
ROBERT ARONOWITZ,
THOMAS MOWLE, and
MERS, a division of MERSCORP,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 22, 2014.**

    Before the Court is Plaintiffs' Motion for Court to Order Defendants to Serve Pleadings on Plaintiffs [filed July 22, 2014; docket #103]. Once again, the motion fails to comply with D.C. Colo. LCivR 7.1(a). This is the *third* reminder to the Plaintiffs of their continuing obligation to comply fully with D.C. Colo. LCivR 7.1(a). *See Hoelzel v. First Select Corp.*, 214 F.R.D. 634, 636 (D. Colo. 2003). **Any further filings that fail to comply with this and other federal or local rules may be stricken from the record.**

    Although the Court may strike or deny the motion without prejudice, the Court notes that Plaintiffs accuse Defendant Mowle of failing to mail a copy of his reply brief (docket #75) to them at their new address; however, the reply brief was filed and mailed June 16, 2014, and the Plaintiffs did not file a notice of change of address until June 27, 2014 (docket 87).

    Nevertheless, the Court finds that Defendants have, likely inadvertently, sent filings to the Plaintiffs at their old address during the period since the Plaintiffs filed the change notice. *See, e.g.,* dockets ## 91, 98 and 99. Accordingly, the motion is **GRANTED** and the Defendants are ordered to re-send any filings since June 27, 2014, and send any future filings, to the Plaintiffs at their new address.