IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03094-PAB-MEH

DIANA SLADEK, and
DENNIS SLADEK,

    Plaintiffs,

v.

BANK OF AMERICA, N.A.,
ARONOWITZ & MECKLENBURG,
ROBERT ARONOWITZ,
THOMAS MOWLE, and
MERS, a division of MERSCORP,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 23, 2014.**

    For failure to demonstrate whether justice requires the proposed amendments, Plaintiffs' Motion to Amend Complaint [filed August 6, 2014; docket #111] is **denied without prejudice**. The Plaintiffs' motion is vague, fails to describe or explain any proposed new parties and/or claims, and attaches a proposed pleading that is 50 pages long. It is not the obligation of this Court to sift through the Plaintiffs' lengthy filings to unearth any requested amendments.

    In light of this order, the Motion to Stay Defendants' Response Deadline to Plaintiffs' Motion to Allow Third Amended Complaint [filed August 29, 2014; docket #120] is **denied as moot**.