IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03094-PAB-MEH

DIANA SLADEK, and
DENNIS SLADEK,

    Plaintiffs,

v.

BANK OF AMERICA, N.A.,
ARONOWITZ & MECKLENBURG,
ROBERT ARONOWITZ,
THOMAS MOWLE, and
MERS, a division of MERSCORP,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 1, 2014.**

    The unopposed[1] Motion for Substitution of Counsel [filed August 28, 2014; docket #119] is **granted**. Ms. Hildreth's representation of the Bank Defendants in this case is terminated. The Bank Defendants will continue to be represented by Lissa Kalt who entered her appearance through the present motion.

---

[1] Although provided the opportunity to respond pursuant to D.C. Colo. LCivR 7.1(d), the Plaintiffs did not file an opposition to the motion.